UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER JAMES CARR,

        Plaintiff,

v.

ROBERT FERGUSON, et al.,

        Defendants.

Case No. C19-1450-TSZ

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 14, Plaintiff's objections, docket no. 15, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) This action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a cognizable ground for relief;

(3) Plaintiff's motion requesting that he be notified when his complaint is served, docket no. 8, is STRICKEN as moot; and

/ / /

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4) The Clerk is DIRECTED to enter judgment consistent with this Order, to send a copy of this Order to Plaintiff pro se and to the Honorable Mary Alice Theiler, and to CLOSE this case.

DATED this 23rd day of March, 2020.

Thomas S. Zilly
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2